```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| ALVIN J. GILLYARD, | : CIVIL ACTION |
| | : NO. 12-125-ER |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TIMOTHY F. GEITHNER, Secretary | : |
| of the United States Department | : |
| of the Treasury, | : |
| | : |
| Defendant. | : |

### O R D E R

**AND NOW**, this **5th** day of **June, 2012,** it is hereby

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 3) is **GRANTED** without prejudice.  Plaintiff shall file an amended complaint by **June 25, 2012.**

    **AND IT IS SO ORDERED.**

                                             */s/ Eduardo C. Robreno*
                                             **EDUARDO C. ROBRENO, J.**