```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALVIN GILLYARD,                      :    CIVIL ACTION
                                     :    NO. 12-125
     Plaintiff,                      :
                                     :
          v.                         :
                                     :
TIMOTHY F. GEITHNER,                 :
Secretary, Department of the         :
Treasury                             :
                                     :
     Defendant.                      :
```

**O R D E R**

**AND NOW**, this **28th** day of **January, 2015,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 37) is **GRANTED** and the Clerk shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

                              /s/ Eduardo C. Robreno
                              **EDUARDO C. ROBRENO,    J.**